IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TOMMY HALL                                                                                               PLAINTIFF

       v.                           Civil No.4:11-cv-04056

TEXARKANA, ARKANSAS,
POLICE DEPARTMENT; and
PROSECUTING ATTORNEY
CARLTON JONES                                                                                         DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights case filed by the Plaintiff, Tommy Hall, under the provisions of 42 U.S.C §1983. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2011), the Honorable P.K. Holmes, United States District Judge, referred the Plaintiff's motion to proceed *in forma pauperis* on appeal (ECF No. 23) to me for the purpose of making a report and recommendation.

On October 21, 2011, United States District Judge P.K. Holmes dismissed this lawsuit on the grounds the claims were barred by the three-year statute of limitations. Plaintiff filed a motion for reconsideration (ECF No. 20). The motion for reconsideration was denied on January 24, 2012 (ECF No. 21). Plaintiff filed a notice of appeal on February 8, 2012 (ECF No. 22). As noted above, all of Plaintiffs' claims were barred by the statute of limitations. Pursuant to 28 U.S.C. § 1915(a)(3) "[a]n appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." As all claims were clearly barred, any appeal would not be taken in good faith. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

I therefore recommend that the motion for leave to appeal IFP (ECF No. 23) be denied as the appeal is not taken in good faith, 28 U.S.C. § 1915(a)(3). I further recommend that the Clerk be directed to collect the $455 filing fee pursuant to the terms of the Prison Litigation Reform Act.

Plaintiff may, of course, renew his motion for leave to appeal IFP with the Court of Appeals for the Eighth Circuit.  Fed. R. App. P. 24(a).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 15th day of March 2012.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE